IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOHN PAUL WANNAMAKER,**
    **Plaintiff,**

vs.          Case No. 3:09cv501/RV/MD

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS,**
    **Defendant.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action on November 9, 2009 by filing a civil rights complaint. Plaintiff's complaint was found to be deficient and he was instructed to file an amended complaint, along with a motion to proceed *in forma pauperis,* and given thirty (30) days to do so (doc. 4). Plaintiff responded by filing a motion to proceed *in forma pauperis* (doc. 5) for prisoners when in fact he was not incarcerated at the time. Plaintiff was given an additional twenty-eight (28) days to file a corrected motion to proceed *in forma pauperis* (doc. 7). Having received no response from plaintiff, this court entered a show cause order (doc. 8) directing the plaintiff to show cause, within twenty-one (21) days, why his case should not be dismissed for his failure to comply with an order of the court. To date, plaintiff has failed to respond or explain his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

2. That the clerk be directed to close the file.

**DONE AND ORDERED** this 23rd day of March, 2010.


/s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**