## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JOHN PAUL WANNAMAKER,**

      **Plaintiff,**

**vs.**                     **CASE NO.: 3:09cv501/RV/MD**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

      **Defendant.**

_____

## O R D E R

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 23, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

      Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with an order of the court.

      DONE AND ORDERED this 29th day of April, 2010.

                      **/s/** *Roger Vinson*           
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**